IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE U. PADILLA, et al, <br><br>  Petitioner, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al, <br><br>  Respondents. | No. C 05-5114 JSW (PR) <br><br> **ORDER DISMISSING PETITION** <br><br> (Docket No. 2) |

Petitioner, previously incarcerated at the San Francisco City Jail, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion seeking leave to proceed *in forma pauperis.*

Although the petition is largely incomprehensible, it is apparent that Petitioner's claims do not involve the fact or duration of his confinement, hence are not the proper subject of a habeas action. *See Moran v. Sondalle*, 218 F.3d 647, 650-52 (7th Cir. 2000); *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of confinement); *Crawford v. Bell*, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979) (affirming dismissal of habeas petition on basis that challenges to terms and conditions of confinement must be brought in civil rights complaint).

A district court may construe a habeas petition attacking conditions of confinement as a civil rights action under 42 U.S.C. § 1983. *See Wilwording v. Swenson*, 404 U.S. 249, 251 (1971). However, although the court may construe a habeas petition as a civil rights action, it is not required to do so. Since the *Wilwording* case was decided there have been significant changes in the law. For instance, the filing fee for a habeas petition

is five dollars, and if leave to proceed in forma pauperis is granted, the fee is forgiven. For civil rights cases, however, the fee is $250 and under the Prisoner Litigation Reform Act the prisoner is required to pay it, even if granted in forma pauperis status, by way of deductions from his or her prisoner account.  In view of this, this case will be dismissed without prejudice to petitioner filing a civil rights action if he wishes to do so in light of the above.  However, if Petitioner chooses to file such a complaint, he must clearly state the nature of his claims and identify against whom his complaints are made.  As such, Petitioner's motion to proceed in forma pauperis (docket no. 2) is DENIED and no fee is due.  The Clerk shall close the file and enter judgment.

    IT IS SO ORDERED.

DATED:    May 15, 2006

                                                JEFFREY S. WHITE
                                                United States District Judge